## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

IN RE: Perrelli

VS.

Gateway Community

DOCKET NO.: 3:01cv723 (AVC)

USCA NO.   02-7521

### INDEX AND RECORD ON APPEAL

Certified copy of docket sheet

**DOCUMENT NO.**
A

# PLEASE USE ATTACHED DOCKET SHEET AS INDEX

02-7521